1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,        )    No. CR 09-01118 DLJ
                                    )
14         Plaintiff,                )
                                    )
15      v.                           )    STIPULATION AND []
                                    )    ORDER CONTINUING SENTENCING
                                    )    DATE
16 JUN HEE JI,                      )
                                    )    SAN JOSE VENUE
17         Defendant.                )
                                    )
18 _____ )

19      The undersigned parties respectfully request that the sentencing hearing currently

20 scheduled for February 16, 2012 be continued to May 24, 2012.  The reason for the continuance

21 is that the parties need to resolve an error in the sentencing guideline calculation in the plea

22 agreement, and the defendant needs to be interviewed by Probation Officer Benjamin Flores.

23 The parties have consulted Probation Officer Flores about the new date, and he does not have an

24 objection.

25 SO STIPULATED:              MELINDA HAAG
                               United States Attorney
26
   DATED: 2/13/12              _____/s/_____
27                             SUSAN KNIGHT
                               Assistant United States Attorney
28

STIPULATION AND [] ORDER
CR 09-01118 DLJ                      1

1  DATED: 2/13/12                              /s/
                                      JACK D. GORDON
2                                     Counsel for Mr. Ji

3

4
                                      ORDER
5

6     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in

7  United States v. Jun Hee Ji, currently scheduled for February 16, 2012, is continued to

8  May 24, 2012 at 10:00 a.m.

9  SO ORDERED.

10 DATED: _____

11                                    D. LOWELL JENSEN
                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
CR 09-01118 DLJ                       2