1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5

6 | 150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056

7 | FAX: (408) 535-5066
Susan.Knight@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| JUN HEE JI, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for May 24, 2012 be continued to August 9, 2012. The reason for the continuance is that the parties need to resolve an error in the sentencing guideline calculation in the plea agreement, and the defendant needs to be interviewed by Probation Officer Benjamin Flores. The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:                    MELINDA HAAG
                                  United States Attorney

DATED: 5/21/12                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

STIPULATION AND [] ORDER
CR 09-01118 DLJ                          1

1  DATED: 5/21/12                           _____/s/_____
2                                           JACK D. GORDON
                                            Counsel for Mr. Ji
3
4                                           ORDER
5
6     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in
7  United States v. Jun Hee Ji, currently scheduled for May 24, 2012, is continued to
8  August 9, 2012 at 10:00 a.m.
9  SO ORDERED.
10 DATED: _____               _____
11                                          D. LOWELL JENSEN
                                            United States District Judge
12

STIPULATION AND [] ORDER
CR 09-01118 DLJ                    2