1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,       )   No. CR 09-01118 DLJ
                                   )
14       Plaintiff,                )
                                   )
15       v.                        )   STIPULATION AND []
                                   )   ORDER CONTINUING SENTENCING
                                   )   DATE
16 JUN HEE JI,                     )
                                   )   SAN JOSE VENUE
17       Defendant.                )
                                   )
18 _____  )

19       The undersigned parties respectfully request that the sentencing hearing currently

20 scheduled for August 9, 2012 be continued to October 11, 2012. The reason for the continuance

21 is that the defendant needs to be interviewed by Probation Officer Benjamin Flores. The parties

22 have consulted Probation Officer Flores about the new date, and he does not have an objection.

23 SO STIPULATED:                       MELINDA HAAG
                                        United States Attorney
24
   DATED: 7/16/12                              /s/
25                                      _____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney
26

27 DATED: 7/16/12                              /s/
                                        _____
                                        JACK D. GORDON
28                                      Counsel for Mr. Ji


STIPULATION AND [] ORDER
CR 09-01118 DLJ                           1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in United States v. Jun Hee Ji, currently scheduled for August 9, 2012 is continued to October 11, 2012 at 10:00 a.m.

SO ORDERED.

DATED:_____

_____
D. LOWELL JENSEN
United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                    2