1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 UNITED STATES OF AMERICA,          )   No. CR 09-01118 DLJ
                                      )
14        Plaintiff,                  )
                                      )   STIPULATION AND []
15        v.                          )   ORDER CONTINUING SENTENCING
                                      )   DATE
16 JUN HEE JI,                        )
                                      )   SAN JOSE VENUE
17        Defendant.                  )
                                      )
18 _____    )

19         The undersigned parties respectfully request that the sentencing hearing currently

20 scheduled for October 11, 2012 be continued to October 18, 2012.  The reason for the

21 continuance is that Assistant United States Attorney Susan Knight will be out of the office on a

22 work-related matter.  In addition, the defendant needs to be interviewed by Probation Officer

23 Benjamin Flores.  The parties have consulted Probation Officer Flores about the new date, and he

24 does not have an objection.

25 SO STIPULATED:              MELINDA HAAG
                               United States Attorney
26
   DATED: 8/13/12              _____/s/_____
27                             SUSAN KNIGHT
                               Assistant United States Attorney
28

STIPULATION AND [] ORDER
CR 09-01118 DLJ                          1

1  DATED: 8/13/12                                    /s/
                                                _____
2                                               JACK D. GORDON
                                                Counsel for Mr. Ji
3

4                                    ORDER

5
      Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in
6
   United States v. Jun Hee Ji, currently scheduled for October 11, 2012 is continued to October 18,
7
   2012 at 10:00 a.m.
8
   SO ORDERED.
9
                Ì EDGEFG
10 DATED:_____                        _____
                                                D. LOWELL JENSEN
11                                              United States District Judge

12

[lines 13–28 blank]

STIPULATION AND [] ORDER
CR 09-01118 DLJ                               2