1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,           )   No. CR 09-01118 DLJ
                                         )
14 |      Plaintiff,                     )
                                         )   STIPULATION AND []
15 |      v.                             )   ORDER CONTINUING SENTENCING
                                         )   DATE
16 | JUN HEE JI,                         )
                                         )   SAN JOSE VENUE
17 |      Defendant.                     )
                                         )
18 |_____ )

19       The undersigned parties respectfully request that the sentencing hearing currently

20 scheduled for November 29, 2012 be continued to March 7, 2013.  The reason for the

21 continuance is that the defendant needs to be interviewed by Probation Officer Benjamin Flores.

22 Assistant United States Attorney Susan Knight also will be unavailable due to a trial starting on

23 February 4, 2013 before the Honorable Ronald M. Whyte.  In addition, co-defendant Beob Yoo

24 will be sentenced on February 28, 2013.  The parties have consulted Probation Officer Flores

25 about the new date, and he does not have an objection.

26 SO STIPULATED:                         MELINDA HAAG
                                          United States Attorney
27
   DATED: 11/15/12                        _____/s/_____
28                                        SUSAN KNIGHT
                                          Assistant United States Attorney

STIPULATION AND [] ORDER
CR 09-01118 DLJ                           1

1  DATED: 11/15/12                              /s/
2                                       JACK D. GORDON
                                        Counsel for Mr. Ji
3
4
5                                       ORDER

6     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in
7  United States v. Jun Hee Ji, currently scheduled for November 29, 2012 is continued to March 7,
8  2013 at 10:00 a.m.
9  SO ORDERED.

10 DATED: FF̶I̶S̶E̶P̶G̶
11                                       _____
                                        D. LOWELL JENSEN
12                                      United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                    2