```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone:  (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-01118 DLJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING DATE |
| JUN HEE JI, | ) | |
| Defendant. | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the sentencing hearing currently scheduled for March 7, 2013 be continued to May 23, 2013.  The reason for the continuance is that Probation Officer Benjamin Flores needs to complete his presentence investigation.  In addition, Assistant United States Attorney Susan Knight will be unavailable for several weeks due to a trial starting in mid-March before the Honorable Ronald M. Whyte.  The parties have consulted Probation Officer Flores about the new date, and he does not have an objection.

SO STIPULATED:                         MELINDA HAAG
                                       United States Attorney


DATED: 2/19/13                         _____/s/_____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

1  DATED: 2/19/13                           /s/
                                    JACK D. GORDON
2                                   Counsel for Mr. Ji

3

4                                   ORDER

5

6     Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing in

7  *United States v. Jun Hee Ji*, currently scheduled for March 7, 2013 at 10:00 a.m. is continued to

   May 23, 2013.
8
   SO ORDERED.
9
                                    _____
10 DATED:_____
                                    D. LOWELL JENSEN
11                                  United States District Judge

STIPULATION AND [] ORDER
CR 09-01118 DLJ                            2