1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone:  (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                              UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                     SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,           )   No. CR 09-01118 JF
                                       )
14         Plaintiff,                  )   STIPULATION AND []
                                       )   ORDER CONTINUING SENTENCING
15         v.                          )   HEARING
                                       )
16 JUN HEE JI,                         )
                                       )   SAN JOSE VENUE
17         Defendant.                  )
                                       )
18 _____)

19

20     The undersigned parties respectfully request that the sentencing hearing in the above-

21 captioned case scheduled for June 27, 2013 be continued to August 1, 2013.  The reason for the

22 continuance is that AUSA Susan Knight will be unavailable due to trial in *United States v.*

23 *Sineneng-Smith* before the Honorable Ronald M. Whyte.  Probation Officer Benjamin Flores has

24 been notified and has no objection.

25 SO STIPULATED:                          MELINDA HAAG
                                           United States Attorney
26

27 DATED: 6/12/13                          _____/s/_____
                                           SUSAN KNIGHT
28                                         Assistant United States Attorney


STIPULATION AND ] ORDER
CR 09-01118 JF

1
2  DATED: 6/12/13                             /s/_____
                                              JACK GORDON
3                                             Counsel for Mr. Ji
4
5                                    **ORDER**
6
7      Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
   hearing in *United States v. Jun Hee Ji* currently scheduled for June 13, 2013 is continued to
8
   August 1, 2013.
9
   SO ORDERED.
10
11
   DATED:_____
12                                            _____
                                              D. LOWELL JENSEN
13                                            United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [] ORDER
CR 09-01118 JF                          2